File Hashes for IP Address 98.222.134.220

**ISP:** Comcast Cable
**Physical Location:** Urbana, IL

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 02/03/2013 18:45:24 | 09D7C29EFFBFC541C24511FBE502A34AACFA711D | Spur of the Moment |
| 02/03/2013 10:16:09 | D8CAC2CE015C6CDE8E5F5A2EC2BF263A086CAA41 | A Little Rain Must Fall |
| 01/06/2013 10:51:28 | BC2FB2F0B4C21041E44FF3ED68364E5365D0856D | Wild Things |
| 01/06/2013 10:42:17 | AC44BD2FC75996D6918F94E9E85828A7A01BF5B8 | Naughty and Nice |
| 01/03/2013 05:18:55 | 32F2F5433013752ED4C9749E7EA7E93B00FE02BC | Together Again |
| 12/21/2012 04:20:03 | 3275AC7BCF3A4A75069F663ED5D84BF1D2E3882D | Unforgettable View #2 |
| 12/17/2012 00:05:38 | 3B0ADE358E77D4DF048E956B4EFD3D6366269D5D | Inside Perfection |
| 11/25/2012 23:16:04 | 1DE0FA5F65D48F7864F0C9F56AC1A6F26C70DBC4 | Formidable Beauty |

**Total Statutory Claims Against Defendant: 8**

EXHIBIT A

CIL22